IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:24-cv-80312 MD

DENISE PAYNE,

      Plaintiff,

vs.

STOCKBRIDGE RESERVE AT
BOCA RATON, LLC,

      Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, DENISE PAYNE, and Defendant, STOCKBRIDGE RESERVE AT BOCA RATON, LLC, hereby advise the Court that the Parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The Parties will file a Motion seeking the Court's approval of the parties' Settlement Agreement and dismissing this Action, with prejudice, which they reasonably expect to do no later than fourteen (14) days from the date of this Notice. Accordingly, the Parties respectfully request that the Court vacate all currently set dates and deadlines in this case.

Respectfully submitted this June 26, 2024.

| | |
|---|---|
| /s/ *Ramon J. Diego, Esq.* | /s/ *Adrian J. Alvarez, Esq.* |
| RAMON J. DIEGO | ADRIAN J. ALVAREZ |
| Florida Bar No. 689203 | Florida Bar No. 0040565 |
| THE LAW OFFICE OF RAMON J. DIEGO, P.A. | DE BIASE \| ALVAREZ |
| 5001 SW 74th Court, Suite 103 | 595 S. Federal Hwy., Ste. 620 |
| Miami, FL 33155 | Boca Raton, FL 33432 |
| Telephone: (305) 350-3103 | Telephone: (561) 620-0656 |
| Email: ramon@rjdiegolaw.com | Email: adrian@dbaalaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court

by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to

all counsel of record on this June 26, 2024.

Respectfully submitted,

**THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
*Attorneys for Plaintiff*
5001 SW 74th Court, Suite 103
Miami, FL, 33155
Telephone: (305) 350-3103
Primary E-Mail: ramon@rjdiegolaw.com

By: ___*/s/ Ramon J. Diego*_____
RAMON J. DIEGO