UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80312-CIV-DAMIAN

DENISE PAYNE,

       Plaintiff,

v.

STOCKBRIDGE RESERVE AT
BOCA RATON, LLC,

       Defendant.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon the parties' Joint Notice of Settlement [ECF No. 22], filed June 26, 2024, indicating the parties have reached an agreement to resolve all issues in this matter. The Court having reviewed the Joint Notice, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.      The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation of dismissal within **thirty (30) days** of the date of this Order.

2.      If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3.      The Clerk shall **CLOSE** this case for administrative purposes only.

4.      Any pending motions are **DENIED AS MOOT** and any deadlines previously set are **TERMINATED**.

5.      The Status Conference set for June 27, 2024, is **CANCELED**.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 26th day of June, 2024.

**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:     Counsel of record

2