IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:24-cv-80312 MD

DENISE PAYNE,

     Plaintiff,

vs.

STOCKBRIDGE RESERVE AT
BOCA RATON, LLC,

     Defendant.

_____/

## **JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE**

Plaintiff, DENISE PAYNE, ("Plaintiff"), and Defendant, STOCKBRIDGE RESERVE AT
BOCA RATON, LLC ("Defendant"), by and through undersigned counsel, and pursuant to Federal
Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has
been settled and to the immediate dismissal of this action with prejudice, with each party to bear
its own attorney's fees and costs except as indicated in the settlement agreement.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on July 3, 2024.

/s/ *Beverly Virues*
BEVERLY VIRUES
Florida Bar No. 123713
GARCIA-MENOCAL, P.L.
350 Sevilla Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: (305) 553- 3464
Email:  bvirues@lawgmp.com
*Counsel for Plaintiff*

/s/ *Adrian J. Alvarez, Esq.*
ADRIAN J. ALVAREZ
Florida Bar No. 0040565
DE BIASE | ALVAREZ
595 S. Federal Hwy., Ste. 620
Boca Raton, FL 33432
Telephone: (561) 620-0656
Email: adrian@dbaalaw.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on July 3, 2024.

**GARCIA-MENOCAL, P.L.**
*Attorneys for Plaintiff*
350 Sevilla Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail:  bvirues@lawgmp.com
Secondary E-Mails: amejias@lawgmp.com;
aquezada@lawgmp.com


By: ___*/s/ Beverly Virues*_____
        BEVERLY VIRUES
        Florida Bar No.: 123713

2