UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80312-CIV-DAMIAN

DENISE PAYNE,

      Plaintiff,

v.

STOCKBRIDGE RESERVE AT
BOCA RATON, LLC,

      Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation of Dismissal With Prejudice [ECF No. 24] ("Stipulation"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), filed July 3, 2024. Being fully advised, it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE** in accordance with the parties' Stipulation. Each party shall bear its own fees and costs. The Clerk of Court shall **CLOSE** this case. Any pending motions are **DENIED AS MOOT** and any deadlines previously set are **TERMINATED**.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 15th day of July, 2024.

_____
MELISSA DAMIAN
UNITED STATES DISTRICT JUDGE